UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE,<br><br>        Petitioner,<br><br>   v.<br><br>J. SOTO,<br><br>        Respondent. | Case No. CV 17-7699 AB (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: August 2, 2018

                                            ANDRÉ BIROTTE JR.
                                            United States District Judge